COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-017-CV

IN RE 21ST CENTURY TECHNOLOGIES, INC. RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

[DELIVERED JANUARY 21, 2003]

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.